IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DOUGLAS MATTHEWS,

      Petitioner,

                                    Case No. 5D22-2149
v.                                LT Case No. 2008-30969-CFAES


STATE OF FLORIDA,

      Respondent.
_____/

Opinion filed March 31, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Douglas Matthews, Carrabelle, pro se.

Ashley Moody, Attorney General Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.


PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

August 27, 2021 sentence rendered in Case No. 2008-30969-CFAES, in the Circuit Court in and for Volusia County, Florida. <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.